# United States Court of Appeals for the Federal Circuit

————————————

October 27, 2014

**ERRATA**

————————————

Appeal No. 2014-1224

**MORRIS NATIONAL, INC.,**
v.
**ADAMS & BROOKS, INC.,**

Decided:  September 17, 2014
Nonprecedential Opinion

————————————

Please make the following change:

On page one, replace

Patent Trial and Appeal Board

with

Trademark Trial and Appeal Board